# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME   :   No. 545
COURT OF PENNSYLVANIA        :   JUDICIAL ADMINISTRATION DOCKET
FOR THE YEAR 2022             : 

## ORDER

**PER CURIAM:**

      **AND NOW**, this this 31st day of December, 2020, it is hereby ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2022 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | February 1st |
| Philadelphia | March 7th through March 11th |
| Harrisburg (Administrative Session) | March 22nd |
| Pittsburgh | April 11th through April 14th |
| Harrisburg | May 9th through May 13th |
| Pittsburgh (Administrative Session) | June 7th |
| Philadelphia | September 12th through September 15th |
| Pittsburgh | October 24th through October 28th |
| Harrisburg | November 28th through December 2nd |

Additional argument/administrative sessions may be scheduled as the Court deems necessary